

**SARAH LOUCKS**
DISTRICT CLERK
PHONE (512) 332-7244
FAX (512) 332-7249

804 Pecan Street
PO Box 770
Bastrop, TX 78602

**Bastrop County District Clerk**

September 25, 2015

COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. Box 12547
Austin, Texas 78711-2547

  *Re: Court of Appeals No.03-15-00391-CV; Trial Court No. 15-17165*

  *Style: Heard v. VRM*

Dear Sir or Madam:

  I would like to inform the Court that we still have not received payment for the Clerk's Record; therefore, it has not been prepared and filed. I have spoken with the Appellant's attorney on multiple occasions and they have expressed to me that they are unable to contact their client for payment. Our office will prepare the record as soon as we receive payment.

  Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

Best,

/s/ Katy Nyc

**Katy Nyc**
Deputy Clerk
Bastrop County District Clerk's Office
804 Pecan Street/ P.O. Box 770
Bastrop, TX 78602
(512) 581-4027
Katy.nyc@co.bastrop.tx.us